**Dismissed and Opinion Filed June 28, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00497-CV

### IN THE INTEREST OF F.C.

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-82096-X

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Bridges, and Justice Lang
Opinion by Justice Lang

This is an accelerated appeal from the trial court's order waiving its jurisdiction and transferring appellant to a criminal district court for criminal proceedings. *See* TEX. FAM. CODE ANN. §54.02(a) (West Supp.2015). When appellate counsel filed a motion to withdraw, we abated the appeal for the trial court to hold a hearing to determine whether appellant desired to prosecute the appeal and, if so, whether he was entitled to appointed counsel. The trial court held the hearing and determined appellant does not wish to prosecute the appeal. We reinstated the appeal, adopted the trial court's finding, and directed appellant to file a motion to dismiss. We expressly cautioned appellant that the failure to file the motion within the time stated would result in the appeal being dismissed for want of prosecution.

Based on the trial court's finding and appellant's failure to file a motion, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b), (c); TEX. FAM. CODE ANN. § 56.01(b) (requirements governing appeal in juvenile proceedings are as in civil cases generally).

160497F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF F.C

No. 05-16-00497-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas
Trial Court Cause No. JD-82096-X.
Opinion delivered by Justice Lang, Chief Justice Wright and Justice Bridges participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 28th day of June, 2016.